UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| James Brittingham | ) | |
| | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | Case No. 4:13cv02060 RWS |
| vs. | ) | |
| | ) | |
| James McConnell, et al. | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## ORDER

The above styled and numbered case was filed on October 11, 2013 and randomly assigned to the Honorable Rodney W. Sippel , United States District Judge.

After a review of the case, the Clerk's Office determined  that the case was opened incorrectly.   The case should have been assigned to the Northern Division.  Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and randomly assigned to the Honorable Shirley P. Mensah, United States Magistrate Judge, under cause number 2:13cv00089.    **IT IS FURTHER ORDERED** that cause number. 4:13cv02060 RWS be administratively closed.


Dated this 15th Day of October, 2013.              JAMES G. WOODWARD
                                                                            By:  /s/ Katie Spurgeon, Deputy in Charge


**Please note the new case number: 2:13cv00089 SPM.**